UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANELLE K. HODDEVIK, | Case No. 10-cv-0031-RSM-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. No. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. No. 15.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, an Administrative Law Judge ("ALJ") shall assess the opinions of Lance Matsuda, D.O. (Tr. 261-62), and Donald Lum, M.D. (Tr. 365). The ALJ shall also reassess whether Plaintiff was statutorily blind on or before December 31, 2002, in determining Plaintiff's date last insured. The ALJ shall proceed as appropriate through the sequential

evaluation process, including -- if necessary -- reassessing Plaintiff's credibility and residual functional capacity.

The parties further stipulate that Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

A proposed order accompanies this Report and Recommendation.

DATED this 23rd day of June, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2